JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.  CV 14-06929 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **AMANDA PINEDO,** | |
| Defendant. | |

    Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Amanda Pinedo, individually and doing business as Omar's Discount Store, upon the Court's grant of summary judgment in favor of plaintiff.

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. Defendant Amanda Pinedo, individually and doing business as Omar's Discount Store, shall pay the plaintiff, J & J Sports Productions, Inc., $2,200.00 in total damages.

///

///

///

1    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: March 24, 2016

_____
William Keller
United States District Judge